OPINION — AG — **** INDUSTRIAL COURT JUDGES — RETIREMENT SYSTEM **** A STATE INDUSTRIAL COURT JUDGE IS ENTITLED TO BE REIMBURSED AN AMOUNT EQUAL TO HIS ACCUMULATIVE CONTRIBUTIONS HERETOFORE PAID BY HIM TO THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM UPON WITHDRAWAL OF THE STATE OF OKLAHOMA AS A PARTICIPATING EMPLOYER THERETO IN HIS BEHALF. CITE: 74 O.S. 1968 Supp., 917 [74-917], 74 O.S. 1968 Supp., 920 [74-920], 74 O.S. 1968 Supp., 902 [74-902](25) (W. HOWARD O'BRYAN)